UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| James R. Bartholomew, on behalf of himself and all others similarly situated, | No. 08-cv-4910 (AKH) |
| Plaintiff, | ECF Case |
| v. | **MOTION TO ADMIT COUNSEL PRO HAC VICE** |
| MORGAN STANLEY AND MORGAN STANLEY & CO., INC, | |
| Defendants. | |

-----------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, FRANK R. SCHIRRIPA, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Donald J. Enright, Esq.
> Finkelstein Thompson, LLP
> 1050 30th Street, NW
> Washington, D.C. 20007
> Tel.: 202-337-8000
> Fax: 202-337-8090

Donald J. Enright is a member in good standing of the Bar of the District of Columbia. There are no pending disciplinary proceedings against Donald J. Enright in any State or Federal court.

Dated:  New York, New York
       June 10, 2008

Respectfully submitted,

**SCHOENGOLD SPORN LAITMAN & LOMETTI, P.C.**

_____
Frank R. Schirripa (FS-1960)
19 Fulton Street, Suite 406
New York, New York 10038
Telephone: (212) 964-0046
Facsimile (212) 267-8137

*Attorneys for Plaintiffs in
Kassover, et al. v. UBS AG, et al.*

<u>Of Counsel</u>:

**FINKELSTEIN THOMPSON, LLP**
    Burton H. Finkelstein, Esq.
    Donald J. Enright, Esq.
    Michael G. McLellen, Esq.
    Elizabeth K. Tripodi, Esq.
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Attorneys for Plaintiffs Rita Tubis
and Helena Tubis, Named Plaintiffs
in Kassover, et al. v. UBS AG, et al.*



# District of Columbia Court of Appeals
### Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

DONALD J. ENRIGHT

was on the 3RD day of MAY, 1999 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 2, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
James R. Bartholomew, on behalf of himself                  :   No. 08-cv-4910 (AKH)
and all others similarly situated,                          :
                                                            :   ECF Case
              Plaintiff,                                    :
                                                            :
       v.                                                   :   **DECLARATION OF FRANK**
                                                            :   **R. SCHIRRIPA IN SUPPOR OF**
MORGAN STANLEY AND MORGAN                                   :   **MOTION TO ADMIT COUNSEL**
STANLEY & CO., INC,                                         :   **PRO HAC VICE**
                                                            :
              Defendants.                                   :
------------------------------------------------------------x

  FRANK R. SCHIRRIPA, being duly sworn, hereby deposes and says as follows:

  1. I am associated with the law firm of Schoengold Sporn Laitman & Lometti, P.C., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Donald J. Enright as counsel pro hac vice to represent Plaintiff in this matter.

  2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in March, 2003. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

  3. I have known Donald J. Enright since March 2008.

  4. Mr. Enright is a partner with Finkelstein Thompson, LPP in Washington, D.C.

  5. I have found Mr. Enright to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move the admission of Donald J. Enright, pro hac vice.

7.    I respectfully submit a proposed order granting the admission of Donald J. Enright, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Donald J. Enright, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

I hereby declare under the laws of the United States, and under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Date: June 10, 2008

Frank R. Schirripa

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
James R. Bartholomew, on behalf of himself                  :    No. 08-cv-4910 (AKH)
and all others similarly situated,                          :
                                                            :    ECF Case
            Plaintiff,                                      :
                                                            :
      v.                                                    :    **PROPOSED ORDER TO ADMIT**
                                                            :    **COUNSEL PRO HAC VICE**
MORGAN STANLEY AND MORGAN                                   :
STANLEY & CO., INC,                                         :
                                                            :
            Defendants.                                     :
------------------------------------------------------------x


　　　　Upon the motion of attorney for and said sponsor attorney's affidavit in support; **IT IS HEREBY ORDERED** that

　　　　　　　Donald J. Enright, Esq.
　　　　　　　Finkelstein Thompson, LLP
　　　　　　　1050 30th Street, NW
　　　　　　　Washington, D.C. 20007
　　　　　　　Tel.: 202-337-8000
　　　　　　　Fax: 202-337-8090
　　　　　　　Email: denright@finkelsteinthompson.com

is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District/Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
James R. Bartholomew, on behalf of himself : No. 08-cv-4910 (AKH)
and all others similarly situated, :
: ECF Case
:
Plaintiff, :
:
v. : **CERTIFICATE OF SERVICE**
:
MORGAN STANLEY AND MORGAN :
STANLEY & CO., INC, :
:
Defendants. :
-----------------------------------------------------------x

I, Frank R. Schirripa, Esq., one of the counsel for Plaintiffs in the above-referenced action, hereby certify that on June 10, 2008, I sent by first-class mail a true and correct copy of Plaintiffs' Motion to Admit Donald J. Enright Pro Hac Vice with the requisite supporting documents to the following counsel listed below:

**CADWALADER, WICKERSHAM & TAFT LLP**
   Gregory A. Markel, Esq.
One World Financial Center
New York, New York 10281
Tel.: (212) 504-6000
Fax: (212) 504-6666

*Attorneys for Defendants Morgan Stanley*
*And Morgan Stanley & Co., Inc.*

**FINKELSTEIN THOMPSON, LLP**
 Burton H. Finkelstein, Esq.
 Donald J. Enright, Esq.
 Michael G. McLellen, Esq.
 Elizabeth K. Tripodi, Esq.
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Attorneys for Plaintiffs Rita Tubis
and Helena Tubis, Named Plaintiffs
in Kassover, et al. v. UBS AG, et al.*

_____
Frank R. Schirripa