UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
           :
James R. Bartholomew, on behalf of himself  :    No. 08-cv-4910 (AKH)
and all others similarly situated,  :
  :    ECF Case
       Plaintiff,  :
  :
       v.  :    **MOTION TO ADMIT**
  :    **COUNSEL PRO HAC VICE**
MORGAN STANLEY AND MORGAN  :
STANLEY & CO., INC,  :
  :
       Defendants.  :
------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, FRANK R. SCHIRRIPA, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Elizabeth K. Tripodi, Esq.
> Finkelstein Thompson, LLP
> 1050 30th Street, NW
> Washington, D.C. 20007
> Tel.: 202-337-8000
> Fax: 202-337-8090

Elizabeth K. Tripodi is a member in good standing of the Bar of the District of Columbia and the State of Virginia. There are no pending disciplinary proceedings against Elizabeth K. Tripodi in any State or Federal court.

| | |
|---|---|
| Dated: New York, New York<br>June 10, 2008 | Respectfully submitted,<br><br>**SCHOENGOLD SPORN LAITMAN &<br>LOMETTI , P.C.**<br><br>_/s/ Frank R. Schirripa_<br>Frank R. Schirripa (FS-1960)<br>19 Fulton Street, Suite 406<br>New York, New York 10038<br>Telephone: (212) 964-0046 |

Facsimile (212) 267-8137

*Attorneys for Plaintiffs in*
*Kassover, et al. v. UBS AG, et al.*

<u>Of Counsel</u>:

**FINKELSTEIN THOMPSON, LLP**
   Burton H. Finkelstein, Esq.
   Donald J. Enright, Esq.
   Michael G. McLellen, Esq.
   Elizabeth K. Tripodi, Esq.
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Attorneys for Plaintiffs Rita Tubis*
*and Helena Tubis, Named Plaintiffs*
*in Kassover, et al. v. UBS AG, et al.*



# District of Columbia Court of Appeals
## Committee on Admissions
500 Indiana Avenue, N.W. — Room 4200
Washington, D. C. 20001
202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

ELIZABETH K. TRIPODI

was on the 4TH day of FEBRUARY, 2008 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 2, 2008.

GARLAND PINKSTON, JR., CLERK

By: _____
        Deputy Clerk



# VIRGINIA STATE BAR

## *CERTIFICATE OF GOOD STANDING*

*This is to certify that **ELIZABETH KATHLEEN TRIPODI** is an active member of the Virginia State Bar in good standing. **MS. TRIPODI** was licensed to practice law in Virginia on **OCTOBER 12, 2006**, after successfully passing the bar examination given by the Virginia Board of Bar Examiners.*

*Issued June 3, 2008*

Karen A. Gould
Executive Director and
Chief Operating Officer