```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

James R. Bartholomew, on behalf of himself : No. 08-cv-4910 (AKH)
and all others similarly situated, :
: ECF Case
            Plaintiff, :
:
      v. : **PROPOSED ORDER TO ADMIT**
: **COUNSEL PRO HAC VICE**
MORGAN STANLEY AND MORGAN :
STANLEY & CO., INC, :
:
           Defendants. :
-----------------------------------------------------------x


    Upon the motion of attorney for and said sponsor attorney's affidavit in support; **IT IS HEREBY**

**ORDERED** that

        Donald J. Enright, Esq.
        Finkelstein Thompson, LLP
        1050 30th Street, NW
        Washington, D.C. 20007
        Tel.: 202-337-8000
        Fax: 202-337-8090
        Email: denright@finkelsteinthompson.com

is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6-16-08
New York, New York

                                                  _____
                                                  United States District/Magistrate Judge