```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
James R. Bartholomew, on behalf of himself        :    No. 08-cv-4910 (AKH)
and all others similarly situated,                :
                                                  :    ECF Case
                    Plaintiff,                    :
                                                  :
        v.                                        :    **MOTION TO ADMIT**
                                                  :    **COUNSEL PRO HAC VICE**
MORGAN STANLEY AND MORGAN                         :
STANLEY & CO., INC,                               :
                                                  :    SCANNED
                    Defendants.                   :
---------------------------------------------------------------x

   PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, FRANK R. SCHIRRIPA, a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

   Elizabeth K. Tripodi, Esq.
   Finkelstein Thompson, LLP
   1050 30th Street, NW
   Washington, D.C. 20007
   Tel.: 202-337-8000
   Fax: 202-337-8090

   Elizabeth K. Tripodi is a member in good standing of the Bar of the District of Columbia and the

State of Virginia. There are no pending disciplinary proceedings against Elizabeth K. Tripodi in any State

or Federal court.

Dated:     New York, New York                     Respectfully submitted,
           June 10, 2008
                                                  **SCHOENGOLD SPORN LAITMAN &**
                                                  **LOMETTI , P.C.**

                                                  _____
                                                  Frank R. Schirripa (FS-1960)
                                                  19 Fulton Street, Suite 406
                                                  New York, New York 10038
                                                  Telephone: (212) 964-0046

Facsimile (212) 267-8137

*Attorneys for Plaintiffs in
Kassover, et al. v. UBS AG, et al.*

Of Counsel:

**FINKELSTEIN THOMPSON, LLP**
   Burton H. Finkelstein, Esq.
   Donald J. Enright, Esq.
   Michael G. McLellen, Esq.
   Elizabeth K. Tripodi, Esq.
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Attorneys for Plaintiffs Rita Tubis
and Helena Tubis, Named Plaintiffs
in Kassover, et al. v. UBS AG, et al.*