USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/17/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                                                            :
James R. Bartholomew, on behalf of himself                  :       No. 08-cv-4910 (AKH)
and all others similarly situated,                          :
                                                            :       ECF Case
                    Plaintiff,                              :
                                                            :
            v.                                              :       **PROPOSED ORDER TO ADMIT**
                                                            :       **COUNSEL PRO HAC VICE**
MORGAN STANLEY AND MORGAN                                    :
STANLEY & CO., INC,                                         :
                                                            :
                    Defendants.                             :
------------------------------------------------------------x

Upon the motion of attorney for and said sponsor attorney's affidavit in support; **IT IS HEREBY**

**ORDERED** that

> Michael G. McLellan, Esq.
> Finkelstein Thompson, LLP
> 1050 30th Street, NW
> Washington, D.C. 20007
> Tel.: 202-337-8000
> Fax: 202-337-8090
> Email: mmclellan@finkelsteinthompson.com

is admitted to practice pro hac vice as counsel for in the above captioned case in the United States District

Court for the Southern District of New York. All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned

to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6-16-08
        New York, New York

_____
United States District/Magistrate Judge