UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Gary *Miller*, on behalf of himself and all others similarly situated, | 08 CV 3012 (AKH) |
| Plaintiff, | |
| -against- | |
| Morgan Stanley & Co. Incorporated, | |
| Defendant. | |
| Sharon Shawn *Jamail*, individually and on behalf of all others similarly situated, | 08 CV 3178 (AKH) |
| Plaintiff, | |
| -against- | |
| Morgan Stanley and Morgan Stanley & Co. Incorporated, | |
| Defendants. | |
| James R. *Bartholomew*, on behalf of himself and all others similarly situated, | 08 CV 4910 (AKH) |
| Plaintiff, | |
| -against- | |
| Morgan Stanley and Morgan Stanley & Co. Incorporated, | |
| Defendants. | |

<u>CERTIFICATE OF SERVICE</u>

## CERTIFICATE OF SERVICE

I hereby certify that the following documents:

- Notice of Motion for Consolidation

- Memorandum of Law in Support of the Motion of Morgan Stanley and Morgan Stanley & Co. Inc. for Consolidation

- Declaration of Gregory A. Markel with Exhibits

- Corporate Disclosure Statement of Defendant Morgan Stanley

- Corporate Disclosure Statement of Defendant Morgan Stanley & Co. Inc.

were served on all Counsel of record through ECF except as stated below:

Conventionally served by Fed Ex.:

Steven D. Toskes, Esq.
Klayman & Tokes, P.A.
2424 North Federal Highway, Suite 450
Boca Raton, FL 33431

Laya Sleiman

CADWALADER WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
(212) 504-6000

Dated: July 2, 2008