USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| James R. *Bartholomew*, individually and on behalf of all others similarly situated, </br></br>  Plaintiff, </br></br> vs. </br></br> Morgan Stanley and Morgan Stanley & Co. Incorporated, </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Case No. 08 CV 4910 (AKH) |

RECEIVED JUL 22 2008 CHAMBERS OF ALVIN K. HELLERSTEIN U.S.D.J.

## JAMES R. BARTHOLOMEW'S NOTICE OF MOTION AND MOTION FOR APPOINTMENT OF FINKELSTEIN THOMPSON LLP AS INTERIM CLASS COUNSEL FOR INVESTMENT ADVISOR ACT AND COMMON LAW CLAIMS

PLEASE TAKE NOTICE that Plaintiff James R. Bartholomew, by their counsel, will hereby move this Court on a date and such time as may be designated by the Court, at 500 Pearl Street, New York, New York, to Order (filed herewith) the appointment of Movant's selection of the law firm of Finkelstein Thompson LLP as Interim Class Counsel with respect to the Investment Advisers Act and state law claims pursuant to Fed. R. Civ. P. 23(g)(2) and (3). In support of this Motion, Movants submit herewith a Memorandum of Law, a [Proposed] Order, and the Declaration of Michael G. McLellan, dated July 21, 2008.

DATED: New York, New York
July 21, 2008

*[handwritten note: Motion is withdrawn on consent filed 7/22/08. 7-29-08]*

Respectfully submitted,

SCHOENGOLD SPORN
LAITMAN & LOMETTI, P.C.

/s/ Frank R. Schirripa
Samuel P. Sporn (SPS-4444)
Joel P. Laitman (JL-8177)
Frank R. Schirripa (FS-1960)
19 Fulton Street, Suite 406
New York, New York 10038

Telephone: (212) 964-0046
Facsimile (212) 267-8137

*Local Counsel*

**FINKELSTEIN THOMPSON, LLP**
Burton H. Finkelstein, Esq.
Donald J. Enright, Esq.
Michael G. McLellen, Esq.
Elizabeth K. Tripodi, Esq.
1050 30th Street, N.W.
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

*Attorneys for Plaintiff James R. Bartholomew*

## CERTIFICATE OF SERVICE

     I, Michael G. McLellan, one of the counsel for Plaintiff in the above-referenced action, do hereby certify that on July 21, 2008, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                                 /s/ Michael G. McLellan
                                                 Michael G. McLellan